IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                        Criminal Action No.
                                                          20-00307-01-CR-W-GAF

DARNELL M. AKINS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(D)

Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(C)(1)(A)

Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2)

**TRIAL COUNSEL**:
    Government:    Robert Smith
    Case Agent:    ATF Special Agent James Payne
    Defense:    Richard Carney

**OUTSTANDING MOTIONS**:    None

**ANTICIPATED MOTIONS**:    None

**TRIAL WITNESSES**:
    Government:    5-7 with or without stipulations
    Defense:    3 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:    10-15 exhibits
    Defense:    4 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial      ( ) Possibly for trial
    ( x ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**:     **2 ½ days**
    Government's case including jury selection:    2 days
    Defense case:   ½ day

**STIPULATIONS**:
    ( )    not likely
    ( )    not appropriate
    ( x )   likely as to:
        ( )    chain of custody
        ( )    chemist's reports
        ( x )   prior felony conviction and knowledge of such status
        ( x )   interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:     None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   September 3, 201
    Defense:        September 3, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    September 3, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   September 3, 2021

**TRIAL SETTING**:    Criminal jury trial docket commencing September 20, 2021
    **Please note:**    *If this case is not continued or a plea does not materialize, defense counsel has another case on the September docket (USA v. Hargraves, 20-00229-01-CR-W-DGK).*

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                 /s/ *Jill A. Morris*
                                                 JILL A. MORRIS
                                                 United States Magistrate Judge